UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY: JSH  D.C.

05 JUN -7 AM 9:18

Robert R. Di Trolio
CLERK U.S. DIST. CT.
W.D. OF TN. MEMPHIS

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. **05-20212-Ma** |
| vs. ) | |
| ) | |
| **DAVID PATTERSON** ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

**Tony R. Arvin, AUSA** applies to the Court for a Writ to have **David Patterson #04991606** now being detained in the **Shelby County Jail**, appear before **Magistrate Judge Tu M. Pham**, **13th**, **June, 2005,** at **2:00 p.m.** for an **Initial Appearance** and for such other appearances as this Court may direct.

Respectfully submitted this **6th** day of **June**, **2005**.

_____
TONY R. ARVIN
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, **Mark Luttrell**

YOU ARE HEREBY COMMANDED to have **David Patterson, #04991606** appear before the Honorable **Judge Pham** at the date and time aforementioned.

ENTERED this __7__ day of ~~July~~ June, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __6-10-05__

7

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:05-CR-20212 was distributed by fax, mail, or direct printing on June 10, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT