IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _JL_ D.C.

05 JUN 16 PM 4: 50

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

UNITED STATES OF AMERICA

v.

DAVID PATTERSON                                              05cr20212-1-Ma

## ORDER ON ARRAIGNMENT

This cause came to be heard on _June 16, 2005_ the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _Edwin Perry_ who is Retained/~~Appointed~~

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.

_✓___ The defendant, (~~not having made bond~~) (being a state prisoner) (~~being a federal prisoner~~) (~~being held without bond pursuant to BRA of 1984~~), is remanded to the custody of the U.S. Marshal.

_S. Thomas Anderson_
UNITED STATES MAGISTRATE JUDGE

CHARGES - 18:2118(a)
ROBBERY OF CONTROLLED SUBSTANCE

Attorney assigned to Case: T. Arvin

Age: _21_

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on _6-20-05_

24

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 24 in case 2:05-CR-20212 was distributed by fax, mail, or direct printing on June 20, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

PDA
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT